UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 11/15/19

---

C.H., individually and on behalf of A.E., a child with a disability,

        Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF EDUCTION,

        Defendant.

No. 19-CV-3827 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

As discussed at today's initial pretrial conference, Plaintiff will send Defendant a request for a service accounting by November 20, 2019. Defendant will provide the service accounting by December 4, 2019, or write the Court to seek an extension. The parties will write a joint status letter by January 6, 2020, in which they will inform the Court whether a referral to Magistrate Judge Aaron or mediation would be productive.

SO ORDERED.

Dated:   November 15, 2019
           New York, New York

_____
Ronnie Abrams
United States District Judge