UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

C.H., on behalf of herself individually and her minor child,
M.P.,

                                        Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,
NEW YORK CITY BOARD OF EDUCATION, AND
CHANCELLOR RICHARD CARRANZA IN
HIS OFFICIAL CAPACITY,

                                        Defendants.

**ORDER**

19-CV-3827 (RA)(SDA)

_____

IT IS HEREBY ORDERED that New York City Department of Education Impartial Hearing Officer Brad H. Rosken hold the underlying administrative proceedings in Case No. 161379, including, but not limited to, any hearings scheduled in Case No. 161379, in abeyance until July 16, 2021 to allow the parties in this matter to finalize a settlement.

Dated: June 2, 2021

SO ORDERED:

_____
Hon. Ronnie Abrams, U.S.D.J